# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

MEGAN NEWTON,

    Plaintiff,

v.

DISCOVER BANK,

    Defendant.

Case No. 4:19-cv-0065-DMB-JMV

**AGREED ORDER**

It is hereby agreed by and between the undersigned parties in the above-captioned action as follows:

1. Defendant Discover Bank ("Defendant") hereby acknowledges and accepts service of the Summons and Complaint and waives any defense based on lack of proper service;

2. Defendant's time to answer, move or otherwise respond to the Complaint is hereby extended until June 13, 2019;

3. There have been no previous requests for an extension of this deadline;

4. Defendant's undersigned counsel hereby appears in this action on Defendant's behalf.

Dated: May 30, 2019.

| Schlanger Law Group LLP | Burr & Forman LLP |
|---|---|
| */s/ Brian K. Herrington* | */s/ Joshua W. Stover* |
| Brian K. Herrington | Joshua W. Stover |
| 602 Steed Road, Suite 100 | 420 North 20th Street, Suite 3400 |
| Ridgeland, MS 39157 | Birmingham, AL 35203 |
| T: 601.208.0013 | T: 205.251.3000 |
| F: 646.612.7996 | F: 205.244.5631 |
| E: bherrington@consumerprotection.net | E: jstover@burr.com |

SO ORDERED:

 Jane M. Virden_____
U.S. MAGISTRATE JUDGE