UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| MEGAN NEWTON | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CASE NO. 4:19-CV-065-DMB-JMV |
| V. | ) |
| | ) |
| DISCOVER BANK, | ) |
| | ) |
| DEFENDANT. | ) |

**ORDER STAYING CERTAIN PROCEEDINGS**

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion to compel arbitration … stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U. Civ. R. 16(b)(3)(B) (emphasis added). Because the defendant has moved to compel arbitration [14], staying certain proceedings is appropriate at this time.

If any party desires to take discovery related to the motion, it must file a motion for leave to do so within seven (7) days hereof, setting forth the type and scope of such discovery and an estimated time frame for constructing it. If any party objects to the motion for discovery, it shall file its objection within four (4) days following service of the motion for arbitration-related discovery.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** as aforesaid pending a ruling on the motion. Defendant shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to compel arbitration and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 13th day of April, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**