IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MEGAN NEWTON**                                                                                                 **PLAINTIFF**

**V.**                                                   **NO. 4:19-CV-65-DMB-JMV**

**DISCOVER BANK**                                                     **DEFENDANT**

**ORDER CLOSING CASE**

On November 9, 2020, the parties, pursuant to Federal Rule of Civil Procedure 41, "stipulate[d] that this action and all claims and defenses asserted therein be dismissed with prejudice." Doc #24. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 9th day of November, 2020.

                                                        **/s/Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**